it is unnecessary for this court to speculate as to whose testimony was accurate. The undisputed testimony at trial was that Fonte was agent for the Ferrees, and therefore he could not bind plaintiff to afford renewed coverage to Sanford by his statements to Sharon.

For the reasons stated, the judgment of the circuit court of Cook County is reversed, and the cause is remanded with directions to enter judgment in favor of plaintiff.

Judgment reversed and cause remanded with directions.

DEMPSEY, P. J., and SCHWARTZ, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND SIMMS *et al.*, Defendants-Appellants.

(Nos. 57962, 57963 cons.; ▮)

First District (1st Division)—September 4, 1973.

*Rehearing denied October 17, 1973.*

Opinion by Mr. JUSTICE EGAN.

Edward Mogul, of Chicago, (Nicholas P. Hulchiy, Senior Law Student, of counsel,) for appellants.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and James Carlson, Assistant State's Attorneys, of counsel,) for the People.